# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia ▼

| | |
|---|---|
| Manuel Rodriguez et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.  1:17-cv-112 |
| Capital Commercial Solutions LLC et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Manuel Rodriguez et al.

Date:    01/31/2017

*Attorney's signature*

Nicholas Marritz, VA Bar #89795
*Printed name and bar number*
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041

*Address*

nicholas@justice4all.org
*E-mail address*

(703) 778-3450
*Telephone number*

(703) 778-3454
*FAX number*