# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia ▼

MANUEL RODRIGUEZ, et al. )
)
)
)
_Plaintiff(s)_ )
v. ) Civil Action No. 1:17-CV-00112-TSE-JFA
CAPITAL COMMERCIAL SOLUTIONS, LLC )
)
)
)
_Defendant(s)_ )

CROSS-CLAIM **SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_ Capital Commercial Solutions, LLC
Serve: Ixel R. Morales, R/A
6300 Lincolnia Rd
Alexandria, VA 22312

Cross-Claim Defendant

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Cross-claimant's
Thomas M. Brownell
Holland & Knight LLP
1650 Tysons Blvd., Suite 1700
Tysons, VA 22102
703-720-8690

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

4/4/2017    _Deisy Estevez_

Date: _____    _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-CV-00112-TSE-JFA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    CAPITAL COMMERCIAL SOLUTIONS, LLC

was received by me on *(date)* _____ .

 ❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

 ❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

 ❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

 ❒ I returned the summons unexecuted because _____ ; or

 ❒ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                     *Server's signature*

                     _____
                     *Printed name and title*

                     _____
                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia ▼

MANUEL RODRIGUEZ, et al. )
)
)
)
_Plaintiff(s)_ )
v. ) Civil Action No. 1:17-CV-00112-TSE-JFA
CAPITAL COMMERCIAL SOLUTIONS, LLC )
)
)
)
_Defendant(s)_ )

CROSS-CLAIM **SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_ IXEL R. MORALES
6300 Lincolnia Rd
Alexandria, VA 22312

Cross-Claim Defendant

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Cross-claimant's

Thomas M. Brownell
Holland & Knight LLP
1650 Tysons Blvd., Suite 1700
Tysons, VA 22102
703-720-8690

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

_Deisy Estevez_

Date: 4/4/2017

_Signature of Clerk or Deputy Clerk_

Civil Action No. 1:17-CV-00112-TSE-JFA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  IXEL R. MORALES

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

MANUEL RODRIGUEZ, et al.

*Plaintiff(s)*

v.

CAPITAL COMMERCIAL SOLUTIONS, LLC

*Defendant(s)*

Civil Action No. 1:17-CV-00112-TSE-JFA

CROSS-CLAIM **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* KEREN TORRES
6300 Lincolnia Rd
Alexandria, VA 22312

Cross-Claim Defendant

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Cross-claimant's

Thomas M. Brownell
Holland & Knight LLP
1650 Tysons Blvd., Suite 1700
Tysons, VA 22102
703-720-8690

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/4/2017

Deisy Estevez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-CV-00112-TSE-JFA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KEREN TORRES
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: