# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MANUEL RODRIGUEZ, *et al.* | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| vs. | ) Case No. 1:17-cv-00112-TSE-JFA<br>) |
| CAPITAL COMMERCIAL SOLUTIONS,<br>LLC, *et al.*, | )<br>)<br>) |
| *Defendants*. | )<br>) |

**PLAINTIFF JAIME ALARCON'S RESPONSE TO DEFENDANT CCE SPECIALTIES, LLC'S**
<u>**FIRST SET OF INTERROGATORIES**</u>

1. **State your full name, current address, state or country of citizenship and the number of your U.S. Green Card and/or Social Security Number.**

**Subject to, and without waiving his objections, Plaintiff Jaime Alarcon provides the following response:**

Jaime Alarcon Aguilar

2. **State your dates of employment with Capital Commercial Solutions, LLC.**

Though I cannot recall the precise date I began employment, I was employed by Defendant Capital Commercial Solutions, LLC from approximately the end of May 16 to July 3, 2016.

3. **Identify all employers you had in the two (2) years immediately preceding your employment by Capital Commercial Solutions, LLC.**

The following is based on my best recollection:

For most of 2015, I worked at A&G Contractor LLC.

From January 2016 to late February or early March, 2016 I worked for Di Gregorio Drywall LLC.

Though I worked for other employers prior to 2015, I cannot presently recall their names.

4.  Provide a precise calculation of all damages you claim in this action and provide copies of all documents a calculations you used in answering this interrogatory.

**Subject to, and without waiving his objections, Plaintiff Jaime Alarcon provides the following response:**

Without paystubs or a written schedule, I cannot be sure of the precise dates or hours I worked. The following is based on my best recollection.

*Overtime*
I estimate that from May 16 to June 27, I was paid about $1008 per week (56 hours at the regular rate of $18 per hour). For each week, I should have been paid $1152 (40 hours at the regular rate of $18 per hour, plus 16 hours at the overtime rate of $27 per hour). Thus, for overtime hours I worked each of those 6 weeks, I am owed the difference of $144, for a total of $864.

*Hours for Which I Received No Pay*
From June 27 to July 2, 2016, I worked 56 unpaid hours for which I am owed $1152 (40 hours at the regular rate of $18 per hour, plus 16 hours at the overtime rate of $27 per hour).

*"Check Cashing Fee"*
The amount I was paid for my work on the CCPO Project was approximately $6,048. However, the payment I received was subject to a 2% "check cashing fee" that Defendants Capital Commercial Solutions, LLC and Ixel Morales deducted from my wages without my consent. Therefore, I only received $5927.04 for my work and am owed $120.96.

Total: 864 + 1,152 + 120.96 = $2,136.96.

5.  **Identify all persons who have knowledge concerning your employment history with Capital Commercial Solutions, LLC, including without limitation, all hours you worked on the Crystal City Post Office Project.**

The other Plaintiffs in this action have knowledge concerning my employment by Capital Commercial Solutions, LLC:

    c/o Legal Aid Justice Center
    6066 Leesburg Pike #520
    Falls Church, VA 22041
    (703) 778-3450

    c/o Washington Lawyers' Committee
    11 DuPont Circle NW
    Suite 400
    Washington, D.C. 20036

c/o Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304

Francisco Cardenas, who worked for Defendants, would have knowledge concerning my employment. To the best of my knowledge, his contact information is below:

4907 Manitoba Drive
Suite #101
Alexandria, Virginia 22312

Defendants Ixel Morales and Keren Torres would have knowledge concerning my employment:

6300 Lincolnia Rd
Alexandria VA 22312

I declare under penalty of perjury that the foregoing answers to interrogatories have been read to me in Spanish and are true and correct to the best of my knowledge, information and belief.

Dated: 5/23/12                                        _____
                                                                    Jaime Alarcon