# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MANUEL RODRIGUEZ, *et al.*            )
                                       )
        *Plaintiffs*,                  )
                                       )
vs.                                    )   Case No. 1:17-cv-00112-TSE-JFA
                                       )
CAPITAL COMMERCIAL SOLUTIONS,          )
LLC, *et al.*,                         )
                                       )
        *Defendants*.                  )

**PLAINTIFF JOSE BENITEZ'S RESPONSE TO DEFENDANT CCE SPECIALTIES, LLC'S**
<u>**FIRST SET OF INTERROGATORIES**</u>

    1.    **State your full name, current address, state or country of citizenship and the number of your U.S. Green Card and/or Social Security Number.**

**Subject to, and without waiving his objections, Plaintiff Jose Benitez provides the following response:**

Jose Desiderio Benitez Fuentes

    2.    **State your dates of employment with Capital Commercial Solutions, LLC.**

Though I am unsure of the exact dates and hours of my employment and do not have access to records, I estimate that I was Defendants' employee from April 1, 2016 to August 9, 2016.

    3.    **Identify all employers you had in the two (2) years immediately preceding your employment by Capital Commercial Solutions, LLC.**

Prior to working for Defendants, I worked for Pedro & Pablo Construction.

For about 12 days in 2016, I worked on construction projects with an individual named Jorge (whose last name I do not recall).

    4.    **Provide a precise calculation of all damages you claim in this action and provide copies of all documents a calculations you used in answering this interrogatory.**

**Subject to, and without waiving his objections, Plaintiff Jose Benitez provides the following response:**

Without paystubs or a written schedule, I cannot be sure of the precise hours I worked. The following is based on my best recollection.

*Hours for Which I Received No Pay*
From July to August 2016, I estimate that I worked 17 days without pay. Based on my usual schedule of 56 hours per week, for regular pay I am owed $1,920 (120 hours at the regular rate of $16/hour). During those 17 days, I worked approximately 40 hours of overtime. For that overtime, I am owed $960 (40 hours at the overtime rate of $24/hour).

*"Check Cashing Fee"*
The amount I earned for my work on the CCPO Project was approximately $15,360. However, the payment I received was subject to a 2% "check cashing fee" that Defendants Capital Commercial Solutions, LLC and Ixel Morales deducted from my wages without my consent. Therefore, I only received $15,052.80 for my work and am owed $307.20.

Total: $1,920 + $960 + $307.20 = $3,187.20.

**5. Identify all persons who have knowledge concerning your employment history with Capital Commercial Solutions, LLC, including without limitation, all hours you worked on the Crystal City Post Office Project.**

The other Plaintiffs in this action have knowledge concerning my employment by Capital Commercial Solutions, LLC:

> c/o Legal Aid Justice Center
> 6066 Leesburg Pike #520
> Falls Church, VA 22041
> (703) 778-3450
>
> c/o Washington Lawyers' Committee
> 11 DuPont Circle NW
> Suite 400
> Washington, D.C. 20036
>
> c/o Latham & Watkins LLP
> 555 Eleventh Street, NW
> Suite 1000
> Washington, D.C. 20004-1304

Francisco Cardenas, who worked for Defendants, would have knowledge concerning my employment. To the best of my knowledge, his contact information is below:

4907 Manitoba Drive
Suite #101
Alexandria, Virginia 22312

Defendants Ixel Morales and Keren Torres would have knowledge concerning my employment:

6300 Lincolnia Rd
Alexandria VA 22312

I declare under penalty of perjury that the foregoing answers to interrogatories have been read to me in Spanish and are true and correct to the best of my knowledge, information and belief.

Dated: 5-31-17

_____
Jose Benitez