IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MANUEL RODRIGUEZ, et al., ) | |
|    Plaintiffs, ) | |
| ) | |
|       v. ) | Case No. 1:17cv112 |
| ) | |
| CAPITAL COMMERICAL SOLUTIONS, ) | |
| LLC, et al., ) | |
|    Defendants. ) | |

## ORDER

The matter is before the Court on plaintiffs' motion for attorneys' fees. (Doc. 54.)

Accordingly and for good cause shown,

It is hereby **ORDERED** that plaintiffs' motion for attorneys' fees (Doc. 54) is **GRANTED**.

An amended final judgment will follow this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
September 25, 2017

T. S. Ellis, III
United States District Judge