# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Manuel Rodriguez, et al., | ) |
| Plaintiff (s), | ) |
| v. | ) Civil Action No. 1:17-cv-112 |
| Capital Commercial Solutions, et al., | ) |
| Defendant (s). | ) |

## FINAL JUDGMENT

Pursuant to the order of this Court entered on September 25, 2017 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of Plaintiffs and against defendants Capital Commercial Solutions, LLC, Ixel R. Morales, and Keren Torres in the total amount of $48,022.24.

This judgment consists of individual awards to the plaintiffs totaling $44,749.74, in the following individual amounts:

Jamie Alarcon Aguilar $1,642.56

Indira Barriantos S3,907.97

Kenny Barriantos $733.62

Jose Benitez $1,505.62

Hugo Bermudez $703.39

Sandra Bonilla $2,837.51

Vladimir Condori $3,973.49

Cesar Flores Duran $3,724.42

Marcos Flores $717.44

Juan Flores Lopez $2,301.85

Bernardo Martinez $716.14

Hermes Marulanda $2,666.60

Ruth Monje $4,241.17

Pedro Orellana $1,934.11

William Orellana $2,098.39

Jose Rivera $1,993.92

Juan Rodas $5,114. 99

Manuel Rodriguez $3,936.55

      This judgment also consists of an award to plaintiffs in the amount of $3,272.50 which represents the reasonable fees due to plaintiffs' counsel .

                                  FERNANDO GALINDO, CLERK OF COURT

                                  By:_____/s/_____
                                      Deisy Estevez
                                      Deputy Clerk

Dated: 9/27/2017
Alexandria, Virginia