# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| MANUEL RODRIGUEZ, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:17cv112 |
| ) | |
| CAPITAL COMMERICAL ) | |
| SOLUTIONS, LLC, et al., ) | |
|     Defendants. ) | |

## ORDER

The matter is before the Court on plaintiffs' motion to alter judgment. (Doc. 60.) In response to plaintiffs' motion, the Clerk of Court corrected any clerical errors in the judgment that could have rendered the judgment ambiguous.

Accordingly, plaintiffs' motion to alter judgment (Doc. 60) is **DENIED AS MOOT.**

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
September 28, 2017

/s/
T. S. Ellis, III
United States District Judge